**Order entered August 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00979-CV

## IN RE SANDRA CRENSHAW, Relator

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-03187-H**

# ORDER
Before Justices Myers, Nowell, and Carlyle

Based on the Court's opinion of this date, relator's petition for writ of mandamus is **DENIED**.

/s/    ERIN A. NOWELL
       JUSTICE